# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of January, two thousand and fifteen.

Before:    Richard C. Wesley,
              *Circuit Judge*.

_____

Hapag-Lloyd Aktiengesellschaft,
    Plaintiff-Appellee,

v.

U.S. Oil Trading LLC,
    Defendant-Appellant,

O.W. Bunker Germany GmbH, O.W. Bunker & Trading A/S, ING Bank N.V., Credit Agricole S.A.,
    Defendants.

_____

**ORDER**
Docket No. 15-97

    Appellant moves to expedite this appeal for briefing and oral argument to allow for a decision by February 17, 2015, or alternatively, by February 23, 2015.

    IT IS HEREBY ORDERED that the motion to expedite is DENIED. Appellant is directed to file a scheduling notification in accordance with Local Rule 31.2(a).

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

