S.D.N.Y.—N.Y.C.
14-cv-9949
Caproni, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand fifteen.

Present:
    Dennis Jacobs,
    Rosemary S. Pooler,
    Peter W. Hall,
        *Circuit Judges*.

Hapag-Lloyd Aktiengesellschaft,

    *Plaintiff-Appellee*,

v.                                15-97

U.S. Oil Trading LLC,

    *Defendant-Appellant*,

O.W. Bunker Germany GmbH, et al.,

    *Defendants*.

ING Bank N.V. ("ING") moves for leave to intervene in the appeal. Upon due consideration, it is hereby ORDERED that ING's motion to intervene is DENIED. To the extent that ING was an aggrieved party in the district court, it was required to file a notice of appeal, *see* Fed. R. App. P. 3(a)(1), and may not circumvent that jurisdictional requirement by moving to intervene in this appeal. In any event, ING fails to sufficiently identify the nature and extent of its interests in the outcome of the appeal or establish that its interests may not be adequately represented by the existing parties. *See* Fed. R. Civ. P. 24; *H.L. Hayden Co. of N.Y. v. Siemens Med. Sys., Inc.*, 797 F.2d 85, 89 (2d Cir. 1986).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

CERTIFIED COPY ISSUED ON 04/28/2015