# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hapag-Lloyd Aktiengesellschaft v. U.S. Oil Trading LLC    Docket No.: 15-0097-cv

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: William F. Dougherty

Firm: Burke & Parsons

Address: 100 Park Avenue, 30th Floor

Telephone: (212) 354-3800    Fax: (212) 221-1432

E-mail: dougherty@burkeparsons.com

Appearance for: OSG Ship Management Inc. and 1372 Tanker Corporation
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiff/Appellant Hapag-Lloyd Aktiengesellschaft )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 29-April-2014    OR

☐ I applied for admission on _____.

Signature of Counsel: [signature]

Type or Print Name: William F. Dougherty